Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Garrett S. Elsinger *
Florida State Bar No.: 91022
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Primary: service@mineolaw.com
Secondary: gelsinger@mineolaw.com
Tertiary: denisei@mineolaw.com

**Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

DOUGLAS LONGHINI, an individual, and JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit corporation,

Plaintiffs,

vs.

FAME OPERATING COMPANY, INC.,

Defendants.

**Case No.:** 2:25-CV-01067-MDC

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs, DOUGLAS LONGHINI (hereinafter "Longhini"), JOHN MEGGS, (hereinafter "Meggs"), and ACCESS 4 ALL, INC., a Florida not for profit corporation (hereinafter "Plaintiffs"), and Defendant, FAME OPERAING COMPANY, INC., by and through their

undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1), hereby jointly stipulate to a dismissal of this action with prejudice.

Dated: August 26, 2026.

Respectfully submitted,

/s/ Garrett S. Elsinger
Garrett S. Elsinger, Esq.
Florida State Bar No.: 91022
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Primary: service@mineolaw.com
Secondary: gelsinger@mineolaw.com
Tertiary: denisei@mineolaw.com

*Admitted Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFFS**

/s/ Vivienne Rakowsky
Vivienne Rakowsky
Nevada State Bar No.: 9160
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Josh.Aicklen@lewisbrisbois.com
David.Clayson@lewisbrisbois.com
Vivienne.Rakowsky@lewisbrisbois.com
*Attorneys for Defendant*

Counsel is advised that LR IA 6-2 requires stipulations to include a judicial signature block on the same page as the last as the last substantive matter of the stipulation.

**ORDER**

IT IS SO ORDERED.

_______________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 26, 2026